AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Req ired by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Moore, Karen N | 2. Court or Organization U.S. Court of Appeals-6th Cir. | 3. Date of Report 5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge – Active | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Carl B. Stokes U.S. Courthouse 801 W. Superior Ave., Ste 21A Cleveland, Ohio 44113-1831 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with ap licable laws a d regul tions. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individ al only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

May 17 12 46 PM '05

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2004 | Squire Sanders & Dempsey |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | Duke University Law School | Durham, NC; 2/12-2/13; moot court judge (transportation, meals, lodging) |
| 2. | Northwestern University Law School | Chicago, IL; 3/5; moot court judge (transportation, meals) |
| 3. | Aspen Institute | Wye MD; 10/15-10/17; International Human Rights Seminar (transportation, meals, lodging) |

## V. GIFTS. (includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE · (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Huntington Bank | A | Interest | K | T | | | | | |
| 2. Key Bank | A | Interest | K | T | | | | | |
| 3. Fidelity Spartan Ohio Muni Income | B | Dividend, cg | K | T | | | | | |
| 4. Fidelity Fidelity Fund | B | div | M | T | Buy | 12/31 | J | | |
| 5. Fidelity Magellan Fund | B | div | M | T | Buy | 12/31 | J | | |
| 6. Nicholas Fund, Inc | A | div., cg | L | T | Buy | 12/31 | J | | |
| 7. Scudder Cash Investment Trust | A | Dividend | K | T | Buy | 12/10 | J | | |
| 8. Scudder Managed Municipal Bonds | D | div, cg | M | T | | | | | |
| 9. Dreyfus Municipal Money Market Fund | A | Dividend | K | T | Buy | 12/9 | J | | |
| 10. IRA Ohio Savings (certificate of deposit) | A | Interest | J | T | | | | | |
| 11. IRA T. Rowe Price New Horizons Fund | | None | L | T | Buy | 3/10 | J | | |
| 12. IRA Scudder Development Fund | | None | L | T | Buy | 1/13 | J | | |
| 13. IRA Scudder Short Term Bond Fund | A | Interest | J | T | | | | | |
| 14. TIAA (Pension Fund) | E | Interest | N | T | | | | | |
| 15. CREF (Pension Fund) | | None | O | T | | | | | |
| 16. Vanguard Wellesley Income Fund | B | div, cg | K | T | | | | | |
| 17. Vanguard Windsor Fund | B | div, cg | L | T | | | | | |
| 18. Vanguard Wellington Fund | C | div, cg | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Karen N | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Pension Plan--MSIFT Mid Cap Growth I | | None | O | T | Buy | 3/31 | K | | |
| 20. " " " | | | | | Buy | 6/30 | J | | |
| 21. " " " | | | | | Buy | 9/30 | J | | |
| 22. " " " | | | | | Buy | 12/31 | J | | |
| 23. Squire Sanders & Dempsey Capital Contribution Account | | None | M | U | | | | | |
| 24. Cash value life ins., Mass. Mutual Life Ins. | D | Interest | N | T | | | | | |
| 25. Pension Plan--Janus Twenty Fund | | | | | Buy | 3/31 | J | | |
| 26. " " " | | | | | Buy | 6/30 | J | | |
| 27. " " " | | | | | Ex out to 28 | 9/30 | N | | |
| 28. Pension Plan--Fidelity Capital Appreciation (X) | | None | N | T | Ex in frm 27 | 9/30 | N | | |
| 29. " " " | | | | | Buy | 12/31 | J | | |
| 30. Pension Plan--Janus Worldwide Fund | | None | M | T | Buy | 3/31 | J | | |
| 31. " " " | | | | | Buy | 6/30 | J | | |
| 32. " " " " | | | | | Buy | 9/30 | J | | |
| 33. Pension Plan--Fidelity Diversified International (X) | | None | J | | Buy | 12/31 | J | | |
| 34. Pension Plan--Legg Mason Value | | None | O | T | Buy | 3/31 | J | | |
| 35. " " " | | | | | Buy | 6/30 | J | | |
| 36. " " " | | | | | Buy | 9/30 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less P = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore, Karen N | 5/12/2005 |

– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Code 1 (A-H) | (5) buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 37. | " " " | | | | | Buy | 12/31 | J | | |
| 38. | Huntington Bank | A | Interest | J | T | | | | | |
| 39. | Victory Tax-Free Money Market | A | Dividend | | T | | | | | |
| 40. | National City Bank | A | Interest | L | T | | | | | |
| 41. | Vanguard Explorer | A | cg | J | T | | | | | |
| 42. | Vanguard Windsor | | Dividend, cg | J | T | | | | | |
| 43. | Vanguard Small-Cap Growth Index | A | Dividend | K | T | | | | | |
| 44. | T. Rowe Price Growth Stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes (Cols. B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

☐

SECTION VII, Column B2:  cg = capital gain

SECTION VII, line 50 from calendar year 2003 form is no longer reportable because owned by adult, non-dependent offspring.

SECTION VII, Record 27, Column D(1):  Ex out to = Exchange out to

SECTION VII, Record 28, Column D(1):  Ex in frm = Exchange in from

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore, Karen N | 5/12/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  5/12/5 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544